1
2
3
4　　　　　　　　　　　UNITED STATES DISTRICT COURT
5　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
6
7　　JOSE HUMBERTO BARILLAS,　　　　　Case No. 22-cv-02957-WHO (PR)
　　　　　　　　　　Petitioner,
8
　　　　　v.　　　　　　　　　　　　　　**ORDER OF DISMISSAL**
9
10　　JAMES S. HILL,
　　　　　　　　　　Respondent.　　　　　Dkt. No. 13
11
12

13　　　　　Petitioner Barillas has not complied with my order to pay the $5.00 filing fee by the

14　deadline.  (Order Denying Application to Proceed in In Forma Pauperis, Dkt. No. 14.)

15　Accordingly, this federal habeas action is DISMISSED (without prejudice) for failure to

16　respond to the Court's order and for failure to prosecute, *see* Federal Rule of Civil

17　Procedure 41(b).

18　　　　　Because this dismissal is without prejudice, Barillas may move to reopen.  Any

19　such motion must have the words MOTION TO REOPEN written on the first page, and

20　contain full payment for the $5.00 filing fee.

21　　　　　Respondent's motion to dismiss on grounds of non-exhaustion is DENIED without

22　prejudice.  (Dkt. No. 13.)  If the action is reopened, I will reinstate respondent's motion.

23　　　　　The Clerk shall terminate all pending motions, enter judgment in favor of

24　respondent, and close the file.

25　　　　　**IT IS SO ORDERED.**

26　　　**Dated:**  January 31, 2023

27

WILLIAM H. ORRICK
28　　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California